UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THIRTY-SIX THOUSAND AND | ) | Civil Action No. |
| FORTY-SEVEN DOLLARS ($36,047.00) | ) | |
| IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

COMES NOW, Plaintiff, the United States of America, by and through the United States Attorney for the District of Columbia, and brings this verified complaint for forfeiture in a civil action *in rem* against $36,047.00 in U.S. Currency, which law enforcement seized on or about November 24, 2017 (the "Defendant Funds"), and which remain in the custody of the United States Drug Enforcement Administration ("DEA"). In support of its cause, plaintiff states as follows:

## NATURE OF THE ACTION AND DEFENDANT *IN REM*

1. This is a civil action *in rem* for the forfeiture of the Defendant Funds to the use and benefit of the Plaintiff, the United States of America. The Defendant Funds are subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6), as property furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical, or proceeds traceable to such an exchange for a controlled substance or listed chemical, in violation of the Controlled Substances Act, as amended, codified at 21 U.S.C. § 801, *et seq*. In

1

addition, the Defendant Funds are subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6), as property used to facilitate any violation of the Controlled Substances Act.

2. The *in rem* forfeiture action arises out of an investigation by the Metropolitan Police Department ("MPD") into: (1) an assault with intent to kill, in violation of District of Columbia Criminal Code, Section 22-401; and (2) an investigation into possession with intent to distribute a controlled substance, namely marijuana, in violation of District of Columbia Criminal Code, Section 48-904.01(a)(1).

3. As described in detail below, while investigating a shooting in Southwest, Washington, D.C., MPD officers made a plain view discovery of narcotics and drug paraphernalia at an apartment in the 4000 block of First Street, S.W., Washington, D.C. 20032 (the "Residence"). MPD officers obtained an emergency search warrant from the D.C. Superior Court for the Residence, and subsequently recovered multiple firearms, ammunition, approximately five pounds of marijuana, and the Defendant Funds from the Residence. The above property and contraband were seized as evidence in a related criminal case. The Defendant Funds were also seized as suspected proceeds or facilitating property of narcotics trafficking, pursuant to Title 21, United States Code, Section 881(a)(6).

## The Defendant *In Rem*

4. The Defendant Funds are $36,047.00 in U.S. Currency, which MPD seized on or about November 24, 2017, during the execution of a search warrant at the Residence. The Defendant Funds are described more fully as **THIRTY SIX THOUSAND FORTY-SEVEN DOLLARS ($36,047.00) IN UNITED STATES CURRENCY.** The Defendant Funds are in the custody of the United States Drug Enforcement Administration ("DEA") in the District of Columbia.

## JURISDICTION AND VENUE

5. This Court has original jurisdiction over this action pursuant to Title 28, United States Code, Sections 1345 and 1355, because it has been commenced by the United States and is an action for the recovery and enforcement of a forfeiture under the Controlled Substances Act.

6. Venue is proper pursuant to Title 28, United States Code, Section 1355(b)(1)(A), as the acts or omissions giving rise to the forfeiture took place in the District of Columbia, and Title 28, United States Code, Section 1395(b)(1), because "a civil proceeding for the forfeiture of property may be prosecuted in the district in which the property is found." In this matter, there were acts giving rise to the forfeiture that occurred in this District. The Defendant Funds are now, and during the pendency of this action will be, in the jurisdiction of this Court.

7. This civil action *in rem* for forfeiture is governed by the following statutes and procedures: Title 21, United States Code, Section 881; Title 18, United States Code, Section 983; the Federal Rules of Civil Procedure; and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, particularly Rule G.

## FACTUAL ALLEGATIONS

### A. MPD Investigation into Shots Fired in Southwest, Washington, D.C.

8. On or about November 23, 2017, at 10:49 p.m., MPD officers responded to a shooting in the 4000 block of First Street, S.W., Washington, D.C. 20032. At the scene, officers found Person 1 with gunshot wounds to his left leg and right forearm. Person 1 was transported to George Washington Hospital for treatment.

9. MPD dispatch advised responding officers that the shots were fired from a nearby apartment, specifically the Residence. An officer went to the Residence and noticed its door was open and damaged. The MPD officer entered the apartment and in plain view observed two clear

3

plastic bags that appeared to contain large amounts of marijuana protruding from beneath a living room couch. The MPD officer also observed two digital scales and a marijuana grinder in plain view.

10. Detectives arrived on the scene and spoke with witness Toria Harris ("Harris"). MPD determined that Harris was the leaseholder of the Residence. Harris later informed officers that Person 2 and Person 3 are her roommates.

11. During her initial interview with law enforcement, Harris stated that she was concerned her apartment had been broken into. Harris noted she saw two individuals run out of her apartment building and heard gunshots. Harris stated that she drove from the scene after feeling something strike her front driver-side door. Harris then received a call from her roommate, Person 2, stating that he had been shot and was located nearby on Joliet Street.

12. A detective attempted to interview Person 2 at the Washington Hospital Center, but Person 2 was uncooperative.

**B. MPD Search of Residence and Recovery of Defendant Funds**

13. Shortly thereafter, MPD officers sought a search warrant for the Residence. On November 24, 2017, a Washington D.C. Superior Court Judge issued the search warrant for the Residence. Officers executed the search warrant at the Residence at approximately 5 a.m. that morning, and recovered the following items: (1) one unregistered black C22075 Rami 40 caliber handgun bearing serial number A055889 and containing seven FC 16 40 caliber Smith and Wesson rounds of ammunition in the magazine; (2) one extended Promag magazine loaded with 17 WIN 40 Smith & Wesson rounds of ammunition; (3) one silver 9mm magazine containing two Blazer 9mm rounds of ammunition; (4) one box labeled "Federal Ammunition 40 S&W" containing 13 FC 16 40 caliber rounds of ammunition; (5) one grey digital scale bearing scale model number

3842N-21; (6) one black AWS digital scale containing residue; (7) approximately five pounds of a green leafy substance consistent with the scent of marijuana; (8) one black and yellow crowbar; (9) one polo shirt with blood; (10) assorted papers; (11) one black journal; (12) one five-gallon bucket; (12) clear bags with a substance that appeared to be marijuana; and (13) the Defendant Funds ($36,047.00).

### C. November 27, 2017, MPD Interview of Harris

14. On November 27, 2017, a detective interviewed Harris at MPD's Seventh District Station. Harris confirmed that she was the leaseholder of the Residence and that Person 2 and Person 3 have resided with her for two or three years. Harris also later stated that she stayed in the master bedroom at the Residence, although Person 2 shared the master bedroom with her from time to time as well.

15. The detective informed HARRIS that officers had seized over five pounds of marijuana from her home, a firearm, drug paraphernalia, and over $36,000 in cash. Harris admitted to smoking marijuana. Harris also claimed that the Defendant Funds was the combined savings of her and her roommates to buy the condo where the incident occurred. Harris stated she had not wanted to throw away the excess marijuana procured from her growing operation located at a friend's home, which she recently dismantled. Harris claimed she personally had $18,000 in the house with a goal of saving $24,000, but she did not know the amount of cash that was in the house collectively. Harris also stated that she maintains money in bank accounts.

16. On November 28, 2017, a Washington D.C. Superior Court Judge issued an arrest warrant for Harris, charging her with Unlawful Possession with Intent to Distribute a Controlled Substance, in violation of 48 D.C. Code, Section 904.01(a)(1)(2001 ed.).

17. On or about March 23, 2018, Harris filed a claim of interest in the Defendant Funds with the Drug Enforcement Administration.[1]

## COUNT ONE

18. The United States incorporates by reference the allegations set forth in paragraphs 1 to 17 as if fully set forth herein.

19. The Defendant Funds are money, negotiable instruments, securities, and a thing of value furnished or intended to be furnished by a person in exchange for a controlled substance or listed chemical, proceeds traceable to such an exchange, and moneys, negotiable instruments, or securities used or intended to be used to facilitate a violation of Title 21, United States Code, Section 801, *et seq*.

20. As such, the Defendant Funds, constituting $36,047.00 in U.S. Currency, are subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 881(a)(6).

\* \* \*

---

[1] Harris's claim listed the Defendant Funds as $36,097, but only $36,047 in U.S. Currency was seized from the Residence.

## **PRAYER FOR RELIEF**

WHEREFORE, the United States of America requests as follows:

A.    that notice issue on the Defendant Funds as described above;

B.    that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed;

C.    that a warrant of arrest *in rem* issue according to law;

D.    that judgment be entered declaring that the Defendant Funds be forfeited to the United States of America for disposition according to law;

E.    that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: August 10, 2018
       Washington, D.C.

                                  Respectfully submitted,

                                  JESSIE K. LIU
                                  United States Attorney

                                  /s/ Rebecca A. Caruso
                                  Rebecca A. Caruso, V.A. Bar No. 90613
                                  Special Assistant United States Attorney
                                  555 4th St, N.W.
                                  Washington, D.C. 20530
                                  (202) 252-7811
                                  rebecca.caruso2@usdoj.gov
                                  Counsel for Plaintiff, United States

## **VERIFICATION**

I, David Lawson, an officer with the Metropolitan Police Department, declare under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing Verified Complaint for Forfeiture *In Rem* is based upon reports and information known to me and/or furnished to me by other law enforcement agents and that everything represented herein is true and correct.

Executed on this 10th day of August 2018.

/s/ David Lawson
David Lawson, Senior Detective,
Narcotics and Special Investigations Division,
Asset Forfeiture Unit
Metropolitan Police Department